AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-00332 RJL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* J.P. Morgan Chase & Company
was received by me on *(date)* 3/7/2015.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Victoria Smith, Office Manager, who is designated by law to accept service of process on behalf of *(name of organization)* J.P. Morgan Chase & Company
on *(date)* 3/9/2015 @ 10:17am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 50.00 for services, for a total of $ 50.00

I declare under penalty of perjury that this information is true.

Date: 3/9/15

Server's signature

Angelia J. Williams
Printed name and title

3250 T St. SE, #3, Washington, DC 20020
Server's address

Additional information regarding attempted service, etc:

**RECEIVED**
MAR - 9 2015
Clerk, U.S. District and
Bankruptcy Courts